IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SAMUEL YOUNG,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

4:22CV3177

MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's correspondence received by this Court on October 30, 2023, Filing No. 32, which appears to be a response to this Court's October 4, 2023, Order, Filing No. 31.  In addition to submitting that he has evidence of his lack of guilt, Petitioner submits that he may need "a little more time" to comply with this Court's October 4 Order due to his self-representation and lack of understanding of the law.  Filing No. 32.

Petitioner is notified that the deadline for his compliance with the October 4, Order is November 17, 2023.  *See* Filing No. 31 at 2.  As the deadline to respond has not yet passed and in fact is still several weeks away an extension is not necessary at this time.

IT IS THEREFORE ORDERED:

Petitioner's response to the October 4, 2023, order, Filing No. 22, remains due by November 17, 2023.  If Petitioner needs additional time to respond he must file a motion

2

seeking an extension on or before the November 17, 2023, deadline and propose a new

deadline.

Dated this 1st day of November, 2023.

N
BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

2